**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:14 CR 17 |
| | ) | |
| Dr. LINDA ROSENBERG | ) | |
| | ) | |

**REDACTED SENTENCING MEMORANDUM OF DR. LINDA ROSENBERG**

**I.     INTRODUCTION**

On February 28, 2014, an Information was filed charging Dr. Rosenberg with a kickback conspiracy, dispensing narcotics without a legitimate medical purpose, and misbranding. On April 29, 2014, Dr. Rosenberg entered pleas of guilty to the Counts of the Information.

**II.    SENTENCING GUIDELINE CALCULATION**

Dr. Rosenberg agrees with Probation's calculation that the total offense level is 29, and that her criminal history category is I. ████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████

**III.   SENTENCING GUIDELINE FACTORS**

Since *United States v. Booker*, District Courts have been allowed to use the Sentencing Guidelines in an advisory manner. 543 U.S. 220, 245 (2005). Although the sentencing court should start with the Guidelines, the sentencing court should "not presume that the Guidelines range is reasonable" must "make an individualized assessment based on the facts presented" and

consider the factors listed in 18 U.S.C. § 3553. *United States v. Gall*, 552 U.S. 38, 49 – 50 (2007).

Section 3553(a) requires a court to impose a sentence that is "sufficient, but not greater than necessary" to meet the four requirements that the sentence should reflect, after taking into account the nature and circumstances of the offense and the characteristics of the Defendant. The four factors that the sentencing court should consider in imposing its sentence are: (1) the seriousness of the offense, promote respect for the law, and provide just punishment; (2) deterrence; (3) protect the public from further crimes by the defendant; (4) rehabilitation. 18 U.S.C. §3553(a)(2). The requirement of §3553 is simply that the sentence be the minimum possible to meet these four objectives even if the application of the sentencing Guidelines would lead to a more severe result.

To determine if a sentence is sufficient, but not greater than necessary to fulfill these purposes, a sentencing court must now, after *Booker*, consider the sentencing factors listed in Section 3553(a)(2), the types of sentences available, the Guidelines range and any relevant policy statements issued by the Sentencing Commission, the need to avoid unwarranted sentencing disparities, and the need to provide restitution. *United States v. Dean*, 414 F.3d 725, 728 (7th Cir. 2005).

### A. Personal History and Character of Defendant

Linda Rosenberg was born in New York City on March 29, 1954 and moved to Bethpage Long Island when she was six months old with her family and brother Robert. Robert is six years older than Linda. Linda's parents were loving and supportive, but her father had serious health issues, which resulted in constant financial strain on the family, which further caused a great deal of arguing between her parents over financial issues. When Linda's father Leo was

2

just 39 years old he had a heart attack.  The financial stress and turmoil caused Linda and her brother to become nervous and scared.

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████

Family finances became worse and when Linda was 8 years old, her family was forced to move from their home on Long Island to a 2-bedroom apartment in New York City.   Linda and her parents each had one of the bedrooms and her brother Robert slept in the living room.  Linda's mother Ruth was also forced to work and went from being a stay at home mom to a working mother and Linda would now come home to an empty apartment and be home alone from about 3 to 6 pm.  Nonetheless, Linda enjoyed school and began making friends.

During Linda's second year at her new school, forced bussing was introduced and Linda went from a great school to a terrible school by the housing projects.  Her new school was not safe; fights would break out in the hallways, and Linda was hit several times. She also recalls being attacked while she was playing in the playground on the swings.  As time when on more and more of the Caucasian children moved to Long Island and New Jersey, but Linda's parents could not afford to move.  Eventually, only Linda and her best friend were left.  The situation became so dangerous that Linda's friend moved, and only Linda was left to be bussed to school.  When Linda had to go to the bathroom, a teacher had to accompany her for protection and Linda became nervous, anxious, and afraid.

When Linda started high school a teacher was attacked and beaten, and Linda and the school administration learned that some girls threatened to kill Linda.  Linda's parents were told to pull Linda out of the school because the school could not guarantee her safety.  Linda's family moved within two weeks to Fort Lee, New Jersey.

Family financial difficulties continued and Linda began working as waitress when she was 15 years old and Linda used the money to buy clothes and help out at home.  Linda worked the midnight to 9 am shift at a diner.  For some reason Linda's parents were not aware of the risk of her working such late hours with Linda hitchhiking home.  Finally, when Linda was 19 she bought herself a bright blue Gremlin.

Linda did well in high school and after graduating, went to Syracuse University for 2 years, but the problems from her childhood followed her and she was still a nervous and tense teenager.  After two years at Syracuse, Linda ran out of money, moved back home and transferred to Fairleigh Dickerson University, where she could live at home yet go to school and work.

After graduating college, Linda was accepted to medical school.  ████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ██████████████████████████████████████████

Linda completed medical school and did her internship and residency in Chicago.  There was never a lot of money but Linda was able to get by with the money she made from her internship and residency.  After a few failed attempts, Linda was able to open her own office in

Hammond, Indiana.  Saint Margret Hospital and the staff were very helpful to Linda and even gave her excess furniture to use in her office.

Linda had drive and energy to be successful and even got her own radio show, which she did several times a week. Linda worked very hard and gave free lectures at civil and church groups, and tried to give back to the community.

In 1988, Linda's father Leo became very ill with diabetes, heart disease and kidney failure and Linda would fly out to see him every other weekend.

After Linda's father died, Linda's mother Ruth who was about 70 years old moved to Chicago and began working as Linda's office manager.  Linda and her mother worked together and became very close from 1990 until her death in 2008. Linda stopped dating, socializing, and spent all of her time at the office or with her mother.  Since Linda's mother could no longer drive home from the office, Linda no longer attended professional functions at the hospital or elsewhere.

Linda eventually became more independent and began dating again after about 14 years. Linda began dating a Dr. Mark McNealy in 2007 and they became engaged to be married and plans were made to have the wedding at the Drake Hotel in Chicago   However, as things worked out Dr. McNealy broke off the engagement and Linda felt humiliated and embarrassed.

███████████████████████████████████████████████████████████████████████████

Linda also began to socialize again and Linda met Mark Baruch.  Linda and Mark began attending social events at Saint Margret Hospital.

███████████████████████████████████████████████████████████████████████████

███████████████████████

5

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████████████████████████████

      Linda continued to work as best she could, ███████████████████ relying on Mark for support.

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

█████████████████████████████████

      ██████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████

      ██████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

███████████████████████████████████████████████

      ██████████████████████████████████████████████████

██████████████████████████████████████████████████████████

█████████████████████████████████████████████████████

████████████████████████████████████████

███████████████

　　　████████████████████████████

████████████████████████████████████████

███████████████████████████████████

██████████████████████████████████████

█████████████████████

　　　████████████████████████████

██████████████████████████████████████

█████████████████████████████████████████

████████████████████████████████

　　　██████████████████████████████

████████████████████████████████████████

███████████████████████████████████████████

█████████████████

　　Mark passed away April 10, 2009, and was buried next to Linda's mother.  Linda's mother died April 19, 2008.  Linda felt like she buried a part of herself when she buried Mark and she also felt that she was now all alone.  ████████████████████████████ ████████████████

　　After Mark's death, Linda was then introduced to Ken Robinson who began running her office.  Mr. Robinson, fired her accountant, most of her staff, and her medical biller.  Linda tried

to get the office back under control but people were still walking in without appointments. Linda eventual fired Mr. Robinson and rehired her staff and biller. Mr. Robinson was charged and plead guilty in *United States v. Robinson*, 13CR-9, USDC NDIN.

On March 15, 2012 federal agents arrived and Dr. Rosenberg's office. Dr. Rosenberg admitted to the agents that she was prescribing medication outside the scope of professional practice and not for a legitimate medical purpose. ██████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████ Yet embracement, shame, and humiliation soon followed.

████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████ Dr. Rosenberg has been able to come to grips with her conduct and is able to accept responsibility for her conduct and its consequences.

Although we will never know why Dr. Rosenberg made the choices she did, the financial pressures from her childhood, the pain she remembers as a child from having her wounds cleaned, the fear she lived with everyday going to school, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ undoubtable contributed to the decisions she made. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

### B. Nature of the Offense

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

As stated previously Dr. Rosenberg's office became out of control and she began prescribing medication outside the scope of professional practice and not for a legitimate medical purpose. Although we will never know what caused Dr. Rosenberg to drift away from sound medical practices, her fall can no doubt be tied to her life events.

### C. Defendant's Character

Dr. Rosenberg's actions that led to this conviction are an extreme aberration from her otherwise law-abiding life. Dr. Rosenberg's childhood and life experiences are described here in.

Our submission includes many letters to the Court from Dr. Rosenberg's, friends, patients, and colleagues. (See, Exhibits, A, B, and C.) These people have viewed Dr. Rosenberg in a number of different circumstances and show her to be a caring, and trusting friend and physician.

### D. Need for Deterrence and Protection of the Public

There is no need to specifically deter Dr. Rosenberg from future criminal actions. She is no longer able to prescribe narcotics and will likely loss her ability to practice medicine in Illinois under 225 ILCS 60/22 (A)(3), pleading guilty to a felony, and in Indiana under Indiana Code IC 25-1-1.1-2 (15), for conviction of a felony that reflects adversely on an individual's fitness to hold a license. Although Dr. Rosenberg's practice was robust due to the number of patients she was seeing who were being prescribed narcotics, she has little to show from it and it does not appear that she lived a lavish lifestyle because of her actions. Nor does it appear that her primary objective was to increase her income. ████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████

Dr. Rosenberg has lost everything, her medical practice, her home, her colleagues, her friends, and all of her savings. Dr. Rosenberg is 60 years old and will have a difficult time reestablishing her life once she is released from prison. There is no further need to deter this conduct or to protect the public.

### IV. CONCLUSION

The first step in rehabilitation is admitting ones guilt. Dr. Rosenberg admitted her guilt from the time she was first confronted with her action by law enforcement. Professionals such as physicians often have a much more difficult time admitting to themselves and the outside world that they failed to live up to and uphold the status of their profession. Dr. Rosenberg did not. She admitted what she did, took responsibility for her actions, and suffers from guilt, humiliation, and remorse.

Therefore, Dr. Rosenberg proposes that this court sentence her to the minimum sentence that would meet the ends of justice and that would adequately take into account the history and characteristics of Dr. Rosenberg.

                              Respectfully submitted,


                              By:    s/Michael C. Rosenblat
                                      Michael C. Rosenblat
                                        Counsel for Defendant Dr. Linda Rosenberg

Michael C. Rosenblat
MICHAEL C. ROSENBLAT, P.C.
707 Skokie Boulevard, Suite 600
Northbrook, Illinois 60062
847-480-2390
mike@rosenblatlaw.com

## CERTIFICATE OF SERVICE

    I, Michael C. Rosenblat, an attorney, certify that I caused copies of the foregoing **Redacted Sentencing Memorandum of Dr. Linda Rosenberg**, to be served pursuant to ECF as to Filing Users and via electronic delivery or U.S. Mail, proper postage prepaid, to the following individual.

                                                       s/ Michael C. Rosenblat