## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>                  **Plaintiff,**<br><br>   vs.<br><br>**DR LINDA ROSENBERG**<br><br>                  **Defendant.** | **CASE NUMBER: 2:14CR17-001**<br><br>**USM Number: 13695-027**<br><br><br>**MICHAEL C ROSENBLAT**<br>**DEFENDANT'S ATTORNEY** |

## JUDGMENT IN A CRIMINAL CASE

**THE DEFENDANT** pleaded guilty to Counts 1, 2, and 3 of the Information on 4/29/2014.

**ACCORDINGLY,** the Court has adjudicated that the defendant is guilty of the following offenses:

| Title, Section & Nature of Offense | Date Offense Ended | Count Numbers |
|---|---|---|
| 18 U.S.C. § 371 CONSPIRACY TO RECEIVE KICKBACKS FOR THE REFERRAL OF MEDICAID AND MEDICARE PATIENTS TO OTHER SERVICE PROVIDERS | March 19, 2012 | 1 |
| 21 U.S.C. § 841(a)(1) DISPENSING A CONTROLLED SUBSTANCE OUTSIDE THE SCOPE OF PROFESSIONAL PRACTICE AND LEGITIMATE MEDICAL PURPOSE | October 3, 2011 | 2 |
| 21 U.S.C. § 331(k), 333(a)(1) AND 353(b)(1) MISBRANDING | November 3, 2011 | 3 |

The defendant is sentenced as provided in pages 2 through 7 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in economic circumstances.

January 15, 2015
Date of Imposition of Judgment

s/ Joseph S. Van Bokkelen
Signature of Judge

Joseph S. Van Bokkelen, United States District Judge
Name and Title of Judge

January 23, 2015
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **46 months.**

The Court makes the following recommendations to the Bureau of Prisons:

    That the defendant be incarcerated at FPC Alderson, WV.

    Defendant be given credit for time served.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

    Defendant delivered _____ to _____ at _____, with a certified copy of this judgment.

                                                               _____
                                                               UNITED STATES MARSHAL

                                                            By: _____
                                                                DEPUTY UNITED STATES MARSHAL

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **1 year for Counts 1, 2, and 3, to run concurrently.** The term of supervised release will include the following conditions:

a.  Ms. Rosenberg may not commit another federal, state, or local crime.

b.  Ms. Rosenberg may not unlawfully use or possess a controlled substance.

c.  There's no evidence that Ms. Rosenberg is in danger of drug abuse. Accordingly, the mandatory drug testing condition is suspended.

d.  Ms. Rosenberg may not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

e.  Ms. Rosenberg must cooperate in the collection of her DNA sample if the collection of such a sample is authorized pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000.

Furthermore,

a.  Within 72 hours of release from the custody of the Bureau of Prisons, Ms. Rosenberg must report to the probation office in the district in which she is released.

b.  Ms. Rosenberg may not leave the judicial district without the court's or probation officer's permission.

c.  Ms. Rosenberg must report to the probation officer in the manner and as frequently as directed by the court or probation officer.

d.  Ms. Rosenberg may not lie in response to the probation officer's inquiries.

e.  Ms. Rosenberg must follow probation officer's instructions as they relate to her conditions of supervision.

f.  Ms. Rosenberg must notify the probation officer at least 10 days before any change in residence or employment. If Ms. Rosenberg is involuntarily terminated from employment or evicted from a residence, she must notify the probation officer within 48 hours.

g.  Ms. Rosenberg must notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

h.  Ms. Rosenberg may not knowingly and intentionally frequent places where illegal controlled substances are distributed or used.

i.  Ms. Rosenberg may not associate with persons she knows to be engaged in criminal activity.

j.  Ms. Rosenberg must permit a probation officer to visit her at any time at home or elsewhere and must permit the officer to confiscate any contraband the officer sees in plain view.

k.  Ms. Rosenberg must participate in an approved mental health treatment program. Ms. Rosenberg must comply with all of the requirements and restrictions of those programs.

l.  Ms. Rosenberg must pay the United States a special assessment of $225 within 14 days of entry of judgment or, if financially unable to fulfill this requirement, Ms. Rosenberg must arrange a payment schedule with the probation office.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $225 | NONE | NONE |

　　　Ms. Rosenberg must pay the United States a special assessment of $225 within 14 days of entry of judgment or, if financially unable to fulfill this requirement, Ms. Rosenberg must arrange a payment schedule with the probation office.

## FINE

　　　No fine imposed.

## RESTITUTION

　　　No restitution imposed.

## FORFEITURE

Pursuant to 21 U.S.C. § 853, the defendant shall forfeit her interest in the following property to the United States (as a result of her guilty plea to Count 2 of the Information):

Funds on deposit in account number 07C62LH5 at MG Trust Company LLC in the name of Dr. Linda Rosenberg 401(k) P/S Plan.

Defendant: DR LINDA ROSENBERG
Case Number: 2:14CR17-001

Name: DR LINDA ROSENBERG
Docket No.: 2:14CR17-001

## ACKNOWLEDGMENT OF SUPERVISION CONDITIONS

Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

I have reviewed the Judgment and Commitment Order in my case and the supervision conditions therein. These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed)

_____    _____
Defendant                                                                    Date


_____    _____
U.S. Probation Officer/Designated Witness                      Date