Linda Rosenberg
Reg. 13695-027
FCI Waseca
P.O. Box 1731
Waseca, MN 56093

RECEIVED
NOV 24 2015
U.S. District Court
Judge Van Bokkelen Chambers
Hammond, Indiana

November 16, 2015

USDC-NDIN - US District Court - Northern Indiana
5400 Federal Plaza Suite 2300
Hammond, IN 46320

RE: US v. Rosenberg - 2:14-cr-00017-JVB-PRC

Dear Clerk of Court,

Could you please send me the most recent docket sheet for my criminal case?

Thank-you for your time in these matters.

Respectfully,

Dr Linda R Rosenberg
DM Linda E. Rosenberg

Linda Rosenberg 13695011

RECEIVED
NOV 24 2015
U.S. District Court
Judge Van Bokkelen, Chambers
Hammond, Indiana 13695-027

MINNEAPOLIS MN 553
18 NOV 2015 PM 7 L

Joseph Van Bokkelen
U.S. District Court
5400 Federal PLZ
Suite 2300
Hammond, IN 46320
United States

46320164775